## 27821. WHEELER v. WHEELER.

UNDERCOFLER, Justice. This appeal contends the trial court's award of temporary alimony was excessive. We have carefully reviewed the evidence and conclude the trial court did not abuse its discretion.

*Judgment affirmed. All the Justices concur.*

ARGUED APRIL 10, 1973 —DECIDED MAY 10, 1973.

*Charlie Franco, Daniel C. B. Levy,* for appellant.
*Rich, Bass, Kidd & Broome, R. Hopkins Kidd,* for appellee.